IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAROLYN HUFF | * | |
| | * | |
| v. | * | Civil No. – JFM-14-4018 |
| | * | |
| MARYLAND BOARD OF NURSING, ET AL. | * | |

******

## MEMORANDUM

Carolyn Huff, a licensed nurse, has brought this action against the Maryland Board of Nursing, Anne Arundel County, Maryland, Anne Arundel County Department of Social Services, Anne Arundel County Police Department, Noreen Startt, Erin Brandt, and Lisa Lawrence. Defendants have filed motions to dismiss. The action will be dismissed as to the Maryland Board of Nursing, the Anne Arundel County Department of Social Services, and Noreen Startt. The action will be stayed and administratively closed as to Anne Arundel County, Maryland, Anne Arundel County Police Department, Erin Brandt, and Lisa Lawrence.

The Maryland Board of Nursing and the Anne Arundel County Department of Social Services are agencies of the State and are immune from suit under the Eleventh Amendment. Ms. Startt is subject to suit under the *ex parte Young* doctrine for injunctive relief, but plaintiff has made no allegations that suggest that Ms. Startt has engaged in recurring conduct or is otherwise amendable to injunctive relief.

The actions against the Anne Arundel County defendants will be stayed and administratively closed until the case pending before the Maryland Board of Nursing is resolved. *See generally Younger v. Harris*, 401 U.S. 37, 91 (1971).

1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 MAY -6 AM 11: 51

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

_____
J. Frederick Motz
United States District Judge

Date: